October 16, 1972

No. 72-37 Richard P. DeFrain, PVT, U. S. Army v. MG R. R. Ploger, Commanding General, Headquarters, U. S. Army Engineer Center and Fort Belvoir, Fort Belvoir, Virginia 22060; and HONORABLE Robert F. Froehlke, Secretary of the Army.

On consideration of the "Petition for Writ of Habeas Corpus, and/or Writ of Mandamus, and/or Other Appropriate Relief," filed in the above-entitled action, it appearing that no such ex-

traordinary circumstances as are contemplated by 28 USC § 1651(a) are presented, it is, by the Court, this 16th day of October 1972,

ORDERED that said Petition be, and the same is hereby, dismissed.